STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. RONALD NEANDER, DEFENDANT-PETITIONER.

*Mr. Ronald Neander in propria persona.*

*Mr. Joseph P. Lordi* and *Mr. Matthew J. Scola* for the respondent.

November 26, 1969. Denied.

FIRST NATIONAL BANK OF JERSEY CITY, PLAINTIFF-PETITIONER, v. NATIONAL PERIODICAL PUBLICATIONS, INC., *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Shavick, Stern, Schotz, Steiger & Croland* and *Mr. Richard H. Miller* for the petitioner.

*Messrs. Cole, Berman & Garth, Mr. Stephen A. Ploscowe, Messrs. Crummy, Gibbons & O'Neill,* and *Mr. Ralph N. Del Deo* for the respondents

November 26, 1969. Denied.

JOHN MAYO, PLAINTIFF-PETITIONER, v. CITY NATIONAL BANK AND TRUST COMPANY, DEFENDANT-RESPONDENT.

See same case below: 107 *N. J. Super.* 43.

*Messrs. Losche & Losche* for the petitioner.

*Messrs. Raff & Scheider* and *Mr. David R. Rudd* for the respondent.

November 26, 1969. Granted.